**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BATTAGLINI & CO., P.C. | : No. 265 MAL 2015 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| ISADORE BRODSKY INSTITUTE FOR | : |
| BLOOD DISEASES AND CANCER | : |
| ------------------------------------------------------- | : |
| | : |
| ISADORE BRODSKY INSTITUTE FOR | : |
| BLOOD DISEASES AND CANCER | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BATTAGLINI & CO., P.C. | : |
| | : |
| | : |
| PETITION OF: ISADORE BRODSKY | : |
| INSTITUTE FOR BLOOD DISEASES | : |
| AND CANCER | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.